UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



CONRAD FOURNIER AND
NELLIE McGARRY                                                         PLAINTIFFS

VS                                              CIVIL ACTION NO.: 1:16-cv-415-HSO-JCG

RELIABLE PAVING CO., LLC,
ONE WAY PAVING, LLC
and JOHN DOES 1-5                                                      DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

THIS DAY came on for consideration upon the joint *ore tenus* Motion of the parties, and the Court having considered same, and the fact that all parties are in agreement, the Court finds that neither Reliable Paving Co., LLC nor One Way Paving, LLC has produced any evidence that One Way Paving Co., LLC fulfilled the conditions precedent to payment under the contract at issue in this litigation and that the Motion is well taken and should be granted.

It is therefore ORDERED AND ADJUDGED that Reliable Paving Co., LLC's Counterclaim is dismissed with prejudice; and

It is FURTHER ORDERED AND ADJUDGED that this interpleader action is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 5th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AND APPROVED

_____
DOUGLAS L. TYNES, JR.
Tynes Law Firm, PA
P.O. Drawer 966
Pascagoula, MS 39568-0966
Telephone: 228-769-7736
Facsimile: 228-769-8466
monte@tyneslawfirm.com

_____
MATTHEW BIGGERS (MSB No. 103325)
Deutsch Kerrigan L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-5141
Facsimile: 504-566-4084
mbiggers@deutschkerrigan.com
*Counsel for Plaintiffs/Counter-Defendants*